## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-120-P-S |
| ) | |
| PAUL A. MESMER, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby recuse

myself from presiding over this matter.

SO ORDERED.

/s/  George Z. Singal
Chief United States District Judge

Dated this 27th day of June, 2005.

Dockets.Justia.com