# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil No.  05-120-P-S |
| | ) |
| PAUL A. MESMER, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby recuse myself from presiding over this matter.

SO ORDERED.

                                                /s/  George Z. Singal
                                        Chief United States District Judge

Dated this 27th day of June, 2005.